RESPONSE TO

II A   Basis for Jurisdiction:

UNDER the Authorization and instruction of President Trump, the Secretary of the Treasury has given illegal and unconstitutional access to OUR Nations PRIVATE SERVER DATA BASE for the UNITED STATES TREASURY.

ELON MUSK and his subordinates have NOT Been elected, appointed a vetted by congress OR the AMERICAN People.

This illegal access is a severe and dangerous security BREACH of OUR country's Private data. SUBORDINATES UNDER MUSK have been already charged with stealing and distributing confidential data from other companies. THE ENTIRE COUNTRY IS BEING held hostage by their cyber terroristic illegal and unconstitutional behavior and actions. WE as citizens are NOW forced to LIVE ON EDGE AND continuously MONITOR OUR personal data and INFORMATION for fear of our privacy Being compromised. THEREFORE WE ARE asking punitive and compensatory damages for their egregious actions.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Page 1 of 5

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PLEASE SEE ATTACHED

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* SUSAN R. LEFF , is a citizen of the

        State of *(name)* FLORIDA .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* Scott Bessent , is a citizen of

        the State of *(name)* South Carlonia . Or is a citizen of

        *(foreign nation)* _____ .

all other ARE US CITIZENS

Page 3



Defendants:
Scott Bessent
ELON MUSK
AKASH BOBBA.
EDWARD CORISTINE
LUKE FARRITOR.
Gautier COLE Killian
GAVIN KliGER.
ETHAN SHAOTRAN

②

## II A- RESPONSE

UNDER TITLE V of the E GOVERNMENT Act of 2002, it is a class E Felony carrying a maximum penalty of five years in prision and a $95,000.00 — fine for FEDERAL EMPloyees who have taken the OATH of office to "willfully" disclose such INFORMATION to ANY person a Agency NOT entitled to receive it.

Beneath the classified level, Many federal Systems also contain whats known as "Controlled Unclassified Information (CUI), which can include financial, law enforcement and privacy related data on Americans. that Data is less sensative, but still must be legally protected by federal employees and contractors hey HAVE violated the "Privacy Act and Cybersecurity laws."

①

IV Relief
   Response.
The illegal and unconstitutional date breach is
STILL in progress by Musk and his subordenates.
AND, will be ongoing for an indefinite period
of time.
   EACH Plaintiff should be compensated for
any and all fees acquired for maintaining any
and all personal data and identity theft
monitoring.
As well as, compensatory damages for
the pain and suffering endured by the
Plaintiffs that were caused by the egregious
illegal and un constitutional actions and behavia-
of the defendants.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.       If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.       The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100, Million Dollars

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

EACH defendants statement of claim is derived from the ongoing and future costs of maintaing a cyba security and personal data monitoring to prevent identity theft caused by this national data Breach.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

please see attached