SUSAN R LEFF
V.S.
ELON MUSK

CASE #
8:25-CV-397SDMLSG

I am requesting non payment because I am disabled. I have also experienced damage from both hurricanes and am struggling financially. If I was in a better financial situation I of course would gladly pay required fees. As of right now I am struggling to pay my bills & trying to come up with funds to pay for repairs to my home & vehicles from the storms. I hope that the court will take this under consideration.

Thank you
Susan R Leff
5/29/2025

LEFF vc MUSK

CASE #
8:25 cv 397 SDM LSG

The federal government failed to keep our unvetted unapproved and unelected 3rd party individual from the private and secure treasury and other governmental department and agencies network servers and files.

Musk and his employees also unvetted had access to our data.

This violates

① Computer Fraud and abuse act
   CFAA
   18 US code § 1030

② Privacy act of 1974
   5 US Code § 552a

③ Federal Wiretap Act/ Electronic Communications Privacy act ECPA
   18 US Code § 2510 - 2523

④ Federal Information Security Management act (FISMA)

②

There has Been whistleblowers that have come forward stating they witnessed DOGE employees downloading data & accessing Governmental Servers.

As of yesterday the DOGE office was filed access to sensative Data on the Government server By a Judge.

Sence DOGE has Been involved in our Government I have personally noticed an up tick in spam email and texts from unknown individuals on a deuly basis. I am constanty recieving texts and emails from unknown INDIVIDUALS.

DOGE & MUSK willfully accessed personal Data & Information in ALL Governmental servers without proper approval, vetting of DOGE personal some of which had

violated confidentiality & ethics in prior employment.

Also, As of yesterday a Judge stated that Musk face the lawsuits for his role in Doge. Judge Tanya Chutkan stated that Musk & Doge violated the Appointments clause of the constitution.

I have experienced severe stress, distress and mental anguish stemming from the worry and concern of my personal data and information being compromised and violated.

Furthermore, I must be forced to obtain security monitoring for my personal information & data.

④

As a private citizen I have a right to sue UNDER
 Privacy act of 1974 since my records were accessed without authorization & this was done intentionally & willfully for which I have suffered emotional distress & continuous harassment and bombardment of texts & emails from unknown individuals. AND since Musk & Doge employees WERE acting as De facto government agents as Doge contractors.

- Fraud and ABUSE ACT CFAA since Musk and Doge gained unauthorized access to a protected computer system that accessed personal data that harmed my privacy.

- I am also requesting to remove et al and to Just Keep my name only SusAn Rochelle Zeh on the case file.

[signature]