Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

SUSAN R LEFF

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

see attached

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | SUSAN R LEFF |
   | Street Address | 3606 EL CAMINO COURT |
   | City and County | LARGO, Pinellas |
   | State and Zip Code | FLORIDA, 33771 |
   | Telephone Number | 727-278-8888 |
   | E-mail Address | SUSAN ROCHELLELEFF@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

DEFENSE T7

①

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. ~~1~~ 5

Name                        LUKE FARRITOR
Job or Title *(if known)*   DOGE ENGINEER
Street Address              1650 - 17th STREET NW
City and County             WASHINGTON, DC
State and Zip Code              20006
Telephone Number            202 - 647 - 4000
E-mail Address *(if known)*

Defendant No. ~~2~~ 6

Name                        GAUTIER COLE KILLIAN
Job or Title *(if known)*   DOGE ENGINEER
Street Address              1650 - 17th STREET NW
City and County             WASHINGTON, DC
State and Zip Code              20006
Telephone Number            202 647 - 4000
E-mail Address *(if known)*

Defendant No. ~~3~~ 7

Name                        GAVIN KILGER
Job or Title *(if known)*   DOGE ENGINEER
Street Address              1650 - 17th STREET NW
City and County             WASHINGTON, DC
State and Zip Code              20006
Telephone Number            202 647 - 4000
E-mail Address *(if known)*

Defendant No. ~~4~~ 8

Name                        ETHAN SHAOTRAN
Job or Title *(if known)*   DOGE ENGINEER
Street Address              1650 - 17th STREET NW
City and County             WASHINGTON, DC
State and Zip Code              20006
Telephone Number            202 647 4000
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*PLEASE SEE ATTACHED*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* SUSAN R. LEFF , is a citizen of the State of *(name)* FLORIDA .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)*

    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* Scott Bessent , is a citizen of the State of *(name)* South Carolina . Or is a citizen of *(foreign nation)*

    all others ARE US CITIZENS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant,  *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100, Million Dollars

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

EACH defendants statement of claim is derived from
the ongoing and future costs of maintaining a cyber security
and personal data monitoring to prevent identity theft
caused by this national data Breach.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

please see attached

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/13/8025

Signature of Plaintiff    Susan R Leff

Printed Name of Plaintiff    Susan R. LEFF

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

RESPONSE TO

(1)

II A  Basis for Jurisdiction:

UNDER the Authorization and instruction of President Trump, the Secretary of the Treasury has given illegal and unconstitutional access to OUR Nations PRIVATE SERVER DATA BASE for the UNITED STATES TREASURY.

ELON MUSK and his SUBORDINATES have NOT Been elected, appointed or vetted by congress OR the AMERICAN People.

This illegal access IS a severe and dangerous security BREACH of OUR country's Private data. SUBORDINATES UNDER MUSK have been already charged with stealing and distributing confidential data from other companies. THE ENTIRE COUNTRY IS BEING held hostage by their cyber terroristic illegal and unconstitutional Behavior and actions. WE as citizens are NOW forced to LIVE ON EDGE. AND continuously MONITOR OUR PERSONAL data and INFORMATION for fear of our privacy Being compromised. THERE FORE we ARE seeking punitive and compensatory damages for their Egregious actions.

(1)

Defendants:

Scott Bessent
Elon Musk
Akash Bobba.
Edward Coristine
Luke Farritor.
Gautier Cole Killian
Gavin Kliger
Ethan Shaotran

# II A- Response

②

UNDER TITLE V of the E government Act of 2002, it is a Class E Felony carrying a maximum penalty of five years in prision and a $25,000- fine for FEDERAL EMPloyees who have taken the OATH of office to "willfully" disclose such INFORMATION to ANY person a Agency NOT entitled to Receive it.

Beneath the classified level, Many federal systems also CONTAIN whats Known as "CONTrolled unclassified Information (CUI), which can include financial, law enforcement and privacy related data on Americans. That data is less Sensative, but still must Be legally protected by federal employees and contractors. They HAVE violated the "Privacy Act and cybasecurity laws."

①

IV Relief
Response.

The illegal and unconstitutional data breach is
STILL in progress by Musk and his subordenates.
And, will be ongoing for an indefinite period
of time.

Each Plaintiff should be compensated for
any and all fees acquired for maintaining any
and all personal data and identity theft
monitoring.

As well as, compensatory damages for
the pain and suffering endured by the
Plaintiffs that were caused by the egregious
illegal and unconstitutional actions and behavior
of the defendants.

SUSAN R LOFF

   V S.

ELON MUSK

CASE #


I am requesting non payment because
I am disabled. I have also experienced
damage from both hurricanes and I
am struggling financially. If I was
in a Better financial situation I of course
would gladly pay required fees. As of
Right now I am struggling to pay my
bills & trying to come up with funds
to pay for repairs to my home &
vehicles from the storms. I hope
that the court will take this under
consideration.

Thank you

Ses R Loff

5/29/2025

LEFF v. MUSK

CASE #
~~S254646387~~

The federal government failed to keep an unvetted unapproved and un elected ~~th~~ 3rd party individual from the PRIVATE AND Secure Treasury and other governmental department and agencies Network Servers and files.

Musk and his employers also unvetted had access to our data.

This violates

① Computer Fraud and abuse act
   CFAA
      18 US code § 1030

② Privacy act of 1974
      5 US Code § 552a

③ Federal Wiretap Act/ Electronic communications Privacy act ECPA
   18 US code § 25 10 - 2523

④ Federal Information security Management act (FISMA)

There has Been Whistleblowes that have come forward stating they witnessed Doge employees downloading data & accessing governmental servers.

As of yesterday the Doge office was fited access to sensative Data on the government server By a Judge.

Since Doge has Been involved in our government I have personally noticed an uptick in spam emal to ~~and~~ and Texts from unknown individuals on a denly basis. I am constantly ~~recieving~~ Recieving texts and emals from unknown individuals.

Doge & Musk willfully accessed personal Data & information in All governmental servers without proper approval, vetting of Doge personal some of which had

③

Violated confidentially & ethics in Prior Employment.

Also, As of yesterday a Judge stated that Musk face the lawsuits for his role in Doge. Judge Tanya Chutkan Stated that Musk & Doge violated the appointments clause of the Constitution

I have experienced severe Stress, duress and Mental Anguish stemming from the worry and concern of my personal Data and information being compromised and violated.

Furthermore, I must be forced to obtain security monitoring for my personal information & Data.

④

As a private citizen I have a Right to sue under

Privacy act of 1974 Since my Records were accessed without authorization & this was done intentionally & willfully & which I have suffered emotional distress & Continuous Harassment and bombardment of Texts & emails from unknown individuals, AND Since musk & Doge Employees WERE acting as De facto government agents as Doge Contractors.

- Fraud and ABUSE Act CFAA since musk and Doge gained unauthorized access to a protected computer system that accessed personal data that harmed my privacy.

- I am also requesting to remove et al and to Just keep my name only SusAne Rachelle Zeh on the case filey.

A federal judge in D.C. Tuesday greenlit lawsuits challenging Elon Musk's position in the federal government and the Department of Government Efficiency (DOGE) as unconstitutional.

Judge Tanya Chutkan, an appointee of former President Barack Obama, said 14 states and a group of advocacy organizations plausibly argued that Musk and DOGE's efforts to slash the government violate the Appointments Clause of the Constitution.

The judge said Musk appears to lack the legal authority to direct alterations to the government because he is not a Senate-confirmed official and DOGE was never authorized by Congress.

"The Constitution does not permit the Executive to commandeer the entire appointments power by unilaterally creating a federal agency pursuant to Executive Order and insulating its principal officer from the Constitution as an 'advisor' in name only," Chutkan wrote.

Chutkan said plaintiffs have also sufficiently alleged that they were harmed by DOGE's "unauthorized access" to "private and proprietary information" and other actions.

President Donald Trump's creation of DOGE was done without statutory or constitutional basis, the judge said, though she dismissed Trump as a defendant in the lawsuits because she did not want to interfere with "the performance of his official duties."

In recent weeks, Musk has said he intends to step away from DOGE and politics to instead focus on his private businesses. However, Chutkan said Musk's decision to step back is irrelevant.

"Even if the DOGE entity and all affiliated positions terminated alongside the DOGE Temporary Service, that does not defeat an Appointments Clause claim," the judge said.

"President Trump may instruct another individual to lead DOGE and, if he does, States' Appointments Clause claim may also lie against that individual. Thus, the position is not personal to Musk."



# Jaropełk Majewski

To: angel213fl >

5/15/25

# Receipt

# (HHKW)



**Trump's Answer To Question About Elon Musk...**

**Hello, my name is Ophelia, recruiter at HR Services, we came across your profile through several online recruitment platforms and were impressed by your background and experience, we're currently offering a flexible part-time opportunity that you can work on in your free time. The role involves assisting Bizly merchants with product reviews. It's a straightforward task, and we'll provide free training to get you started. The daily salary ranges from $201 to $3000, and you can receive your commission immediately after the work is completed. All payments are made on the same day. If you would like to join us, please contact us via WhatsApp:+16462826406**
**(Please note that applicants must be at least 21 years old to be eligible for this role)**

# DOGE staffer calling himself 'big balls' provided tech support to cybercrime ring, records show

MThe best-known member of Elon Musks's DOGE Service Team of technologists once provided support to a cyber crime ring, according to digital records reviewed by Reuters.

The records reveal that the cyber crime gang bragged about trafficking in stolen data and cyberstalking an FBI agent.

As part of his role at the Department of Government Efficiency, Edward Coristine has been given access to official networks to radically downsize the US government.

The 19-year-old, who's chosen the nickname "Big Balls", used to run a company that provided services to a ring of cyber criminals operating under the name EGodly, according to digital records.

Here's what we know.

## Who is Edward Coristine?

Not much is known about the 19-year-old who now has access to various departments including Homeland Security, the Federal Emergency Management Agency and the Cybersecurity and Infrastructure Security Agency.

But Reuters reports that two years prior to joining DOGE, while still attending high school, Mr Coristine ran a company called Diamond CDN that provided network services.

In 2023, EGodly thanked Coristine's company for its assistance in a post on the Telegram messaging app.

"We extend our gratitude to our valued partners DiamondCDN for generously providing us with their amazing DDoS protection and caching systems, which allow us to securely host and safeguard our website," the message said.

## Civil servants quit Elon Musk's DOGE citing security risks over US data

About 21 civil service employees from the US government department of efficiency have resigned saying they refuse to use their technical expertise to "dismantle critical public services."



Read more

Musk has also championed the teen on X, telling followers last month that "Big Balls is awesome".

According to Wired magazine and Reuters, Edward Coristine appears to have to have been enrolled at Northeastern University.

He also spent three months at Neuralink, Musk's brain-computer interface company, last summer, the magazine wrote.

A Connecticut registry of businesses shows that an Edward Coristine created three tech or computer-related firms that list as a principle place of business a New Canaan, Connecticut, home.

One of them, Tesla.Sexy LLC, dedicated to "professional, scientific and technological services," appears to still be in operation.

Web-based platform Github, which allows developers to store, share and collaborate on code, shows an Edward C as the only "member" of Diamond CDN, which has now dissolved.

Musk's team and Mr Coristine did not respond to emails requesting comment by Reuters.

He is listed as a "senior adviser" at the State Department and the Cybersecurity and Infrastructure Security Agency, according to one official at each agency who told Reuters they had seen his name in their respective agencies' staff directory.

On LinkedIn, Coristine describes himself as a "Volunteer (Intern) Plumber" with the US government.

Bloomberg and CNN reported the 19-year-old was fired from his internship at an Arizona cybersecurity firm after he was suspected of leaking proprietary information to a competitor.

## What is EGodly?

Among Diamond CDN's users was a website run by a ring of cybercriminals operating under the name EGodly.

In 2023, EGodly boasted on its Telegram channel of hijacking phone numbers, breaking into unspecified law enforcement email accounts in Latin America and Eastern Europe, and cryptocurrency theft.

Early that year, the group distributed the personal details of an FBI agent who they said was investigating them, circulating his phone number, photographs of his house, and other private details on Telegram.

EGodly also posted an audio recording of prank call made to the agent's phone and a video, shot from the inside of a car, of an unknown party driving by the agent's house in Wilmington, Delaware, at night.

They were filmed screaming out the window, "EGodly says you're a bitch!"

These boasts of criminal activity could not be independently verified by Reuters.

But it was able to authenticate the video by visiting the same Wilmington address and comparing the building to the one in the footage.

The retired FBI agent targeted by EGodly told Reuters that the group had drawn law enforcement attention because of its connection to swatting, the dangerous practice of making hoax emergency calls to send armed officers swarming targeted addresses.

## Concerns raised over DOGE staff accessing information

- **We should be very concerned about our private information, being exceed shared and compromised since the DOGE team has not be fully vetted or appointed and several employees such as the one listed above, has a severely questionable background with dealing and hacking and distributing personal information.**

# Supreme Court allows DOGE to access Social Security data

The dispute concerns efforts by the Department of Government Efficiency, largely led by Elon Musk, to access sensitive data, including Social Security numbers.

DOGE says it wants to modernize systems and detect waste and fraud at the agency. The data it seeks includes Social Security numbers, medical records, and tax and banking information.