UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN R. LEFF,

    Plaintiff,

v.                                     CASE NO. 8:25-cv-397-SDM-LSG

SCOTT BESSENT, et al.,

    Defendants.
_____/

## ORDER

Appearing *pro se*, Susan Leff sues (Doc. 6) the Secretary of the Treasury and seven natural persons. Leff moves (Docs. 2 and 7) to proceed *in forma pauperis*. In a report (Doc. 8), Magistrate Judge Lindsay Griffin recommends denying the motion to proceed *in forma pauperis* and dismissing the complaint for failure to state a claim. No objection appears.

The report and recommendation (Doc. 8) is **ADOPTED**. The motion (Docs. 2 and 7) to proceed *in forma pauperis* is **DENIED**. For the reasons stated in the report, this action is **DISMISSED**. The motion (Doc. 4) for "miscellaneous relief" is **DENIED AS MOOT**. The clerk must close the case.

ORDERED in Tampa, Florida, on August 13, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE